JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AMERIS BANK, doing business as BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ARTUR LOGISTICS CORP. and AZAMAT ZHUMALIEV,<br><br>Defendants. | Case No.: SACV 23-02165-CJC (KESx)<br><br>JUDGMENT |

In this case, Plaintiff Ameris Bank, doing business as Balboa Capital Corporation, alleges that Defendant Artur Logistics Corp. breached its financing agreement with Plaintiff, and Defendant Azamat Zhumaliev breached his obligation as guarantor for that agreement. (Dkt. 1 [Compl.] ¶¶ 10–24.) The Court granted Plaintiff's motion for default judgment. Accordingly, it is hereby **ORDERED** that judgment is entered in favor of Plaintiff and against Defendants in the amount of **$206,803.83**, consisting of

$189,856.96 in remaining monthly payments and late charges, $11,340.36 in prejudgment interest, $4,752 in attorney fees, and $854.51 in costs.

DATED:   March 25, 2024

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**